Patrick J. Reilly
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com

Christopher L. Ottele (appearing *pro hac vice*)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
675 15th Street, Suite 2900
Denver, Colorado 80202
Telephone: 303.223.1100
cottele@bhfs.com

*Attorneys for Marigold Mining Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL FEWKES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MARIGOLD MINING COMPANY,<br><br>Defendant. | Case No.: 2:25-cv-00241-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

## STIPULATION

Plaintiff Daniel Fewkes, individually and on behalf of all others similarly situated ("Plaintiffs"), by and through his counsel of record, Esther C. Rodriguez, Esq., of Rodriguez Law Offices, P.C., Andrew W. Dunlap, Esq., of Josephson Dunlap LLP, and Richard J. Burch, Esq. of Bruckner Burch PLLC, and Defendant Marigold Mining Company ("Marigold"), by and through its counsel of record, Patrick J. Reilly, Esq., of the law firm of Brownstein Hyatt Farber Schreck, LLP, hereby stipulate and agree as follows:

1. On February 4, 2025, Plaintiffs filed their Original Class and Collective Action Complaint and Demand for Jury Trial (EFC No. 1) (the "Complaint").

///

32807922

2. Plaintiffs have agreed to grant an extension for Marigold to answer or otherwise respond to the Complaint, to allow Marigold to investigate the matter, which contains numerous factual allegations.

3. Marigold shall have up to, and including, March 19, 2025, in which to answer or otherwise plead in response to Plaintiffs' Complaint.

4. This stipulation is brought in good faith by all parties and not for purposes of delay. This extension will not result in any undue delay in the administration of this case.

5. This is the first request for extension of time requested by the parties with respect to responding to the Complaint.

DATED this 10th day of March, 2025.

*/s/ Will Hogg*_____
Esther C. Rodriguez, Esq.
Rodriguez Law Offices, P.C.
10161 Park Run Drive, suite 150
Las Vegas, NV 89145

Andrew W. Dunlap, Esq. (*pro hac vice*)
Will Hogg (*pro hac vice*)
Josephson Dunlap LLP
11 Greenway Plaza, Suite 3050
Houston, TX 77046

Richard J. Burch, Esq. (*pro hac vice*)
Bruckner Burch PLLC
11 Greenway Plaza, Suite 3025
Houston, TX 77046

*Attorneys for Plaintiffs*

DATED this 10th day of March, 2025.

*/s/ Patrick J. Reilly*_____
Patrick J. Reilly, Esq.
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

Christopher L. Ottele (*pro hac vice*)
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
675 15th Street, Suite 2900
Denver, Colorado 80202

*Attorneys for Marigold Mining Company*

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 3/11/2025

32807922

- 2 -