| | |
|---|---|
| Esther C. Rodriguez<br>Nevada State Bar No. 006473<br>**Rodriguez Law Offices, p.c.**<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Tel: (702) 320-8400; Fax: (702) 320-8401<br>info@rodriguezlaw.com<br><br>Richard J. (Rex) Burch*(Pro Hac Vice)*<br>Texas State Bar No. 24001807<br>**BRUCKNER BURCH PLLC**<br>11 Greenway Plaza, Suite 3025<br>Houston, Texas 77046<br>Tel: (713) 877-8788<br>rburch@brucknerburch.com | Michael A. Josephson*(Pro Hac Vice)*<br>Texas State Bar No. 24014780<br>Andrew W. Dunlap*(Pro Hac Vice)*<br>Texas State Bar No. 24078444<br>Olivia R. Beale (Pro Hac Vice)<br>Texas State Bar No. 24122166<br>**JOSEPHSON DUNLAP LLP**<br>11 Greenway Plaza, Suite 3050<br>Houston, Texas 77046<br>Tel: (713) 352-1100; Fax: (713) 352-3300<br>mjosephson@mybackwages.com<br>adunlap@mybackwages.com<br>obeale@mybackwages.com |

*Attorneys for Fewkes & the Hourly Employees*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL FEWKES, Individually and On Behalf of Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>MARIGOLD MINING COMPANY,<br><br>    Defendant. | Case No. 2:25-cv-00241-JAD-DJA<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW PETITION TO PRACTICE** *PRO HAC VICE* **OF WILLIAM M. HOGG** |

1  Came to be heard Plaintiffs' Motion to withdraw the *Pro Hac Vice* Petition of Petitioner
2  William M. Hogg, and in consideration of the relevant arguments and record herein, the Court
3  GRANTS the Motion.

4  The Petitions for Practice *Pro Hac Vice* for Petitioner Hogg is hereby withdrawn. The
5  Petitioner is hereby removed from all certificates of service, filings, documents, and notifications to
6  this case.

7  IT IS SO ORDERED.

9  Date: _____July 23_____, 2025

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE