Esther C. Rodriguez (Nev. SBN 006473)
**RODRIGUEZ LAW OFFICES P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriguezlaw.com

Michael A. Josephson (*Pro Hac Vice*)
Andrew W. Dunlap (*Pro Hac Vice*)
Travis J. Grefenstette (*Pro Hac Vice*)
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
tgrefenstette@mybackwages.com

Richard J. (Rex) Burch (*Pro Hac Vice*)
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Tel: (713) 877-8788
rburch@brucknerburch.com

*Counsel for Fewkes & the Hourly Employees*

Patrick J. Reilly (Nev. SBN 006103)
**BROWNSTEIN HYATT FARBER SCHRECK LLP**
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Tel: (702) 382-2101; Fax: (702) 382-8135
preilly@bhfs.com

Christopher L. Ottele (*Pro Hac Vice*)
Randall A. Rea (*Pro Hac Vice*)
**BROWNSTEIN HYATT FARBER SCHRECK LLP**
675 15th Street, Suite 2900
Denver, Colorado 80202
Tel: (302) 223-1100
cottele@bhfs.com
rrea@bhfs.com

*Counsel for Marigold Mining Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL FEWKES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MARIGOLD MINING COMPANY,<br><br>Defendant. | Case No.: 2:25-cv-00241-JCM-DJA<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO EXTEND STAY (30 DAYS)**<br><br>ECF No. 41 |

Plaintiff Daniel Fewkes and Defendant Marigold Mining Company (together, the "Parties") jointly ask the Court to extend the current stay for 30 additional days. The Parties make this request to allow a short additional period to continue to explore negotiations.

/ / /

/ / /

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

51385888

1.      The Court previously entered an order staying the case and all deadline through May 4, 2026. *See* ECF 40.

2.      The Parties participated in mediation on May 1, 2026.

3.      The Parties continue to work together to explore resolution.

4.      The Parties therefore request that the stay be extended for 30 additional days, through June 3, 2026. This short extension will conserve the Parties' and the Court's resources while the settlement discussions continue.

5.      The request is made in good faith and not for delay.

The Parties respectfully request that the Court enter the proposed order below extending the stay for 30 days, through June 3, 2026.

DATED this 5th day of May, 2026.

/s/ Andrew W. Dunlap
Esther C. Rodriguez (Nev. SBN 006473)
**RODRIGUEZ LAW OFFICES P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriguezlaw.com

Michael A. Josephson (*Pro Hac Vice*)
Andrew W. Dunlap (*Pro Hac Vice*)
Travis J. Grefenstette (*Pro Hac Vice*)
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
tgrefenstette@mybackwages.com

Richard J. (Rex) Burch (*Pro Hac Vice*)
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Tel: (713) 877-8788
rburch@brucknerburch.com

 *Counsel for Fewkes & the Hourly Employees*

/s/ Patrick J Reilly
Patrick J. Reilly (Nev. SBN 006103)
**BROWNSTEIN HYATT FARBER SCHRECK LLP**
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Tel: (702) 382-2101; Fax: (702) 382-8135
preilly@bhfs.com

Christopher L. Ottele (*Pro Hac Vice*)
Randall A. Rea (*Pro Hac Vice*)
**BROWNSTEIN HYATT FARBER SCHRECK LLP**
675 15th Street, Suite 2900
Denver, Colorado 80202
Tel: (302) 223-1100
cottele@bhfs.com
rrea@bhfs.com

*Counsel for Marigold Mining Company*

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

- 2 -

51385888

**IT IS SO ORDERED. This case and all deadlines are STAYED through June 3, 2026.**

_____
U.S. District Judge Jennifer A Dorsey
May 7, 2026

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

- 3 -

51385888