Esther C. Rodriguez (Nev. SBN 006473)
**RODRIGUEZ LAW OFFICES P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
info@rodriguezlaw.com

Michael A. Josephson (*Pro Hac Vice*)
Andrew W. Dunlap (*Pro Hac Vice*)
**JOSEPHSON DUNLAP LLP**
5847 San Felipe St, Suite 2400
Houston, Texas 77057
Tel: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com

Richard J. (Rex) Burch (*Pro Hac Vice*)
**BRUCKNER BURCH PLLC**
5847 San Felipe St, Suite 2400
Houston, Texas 77046
Tel: (713) 877-8788
rburch@brucknerburch.com

*Counsel for Fewkes & the Hourly Employees*

Patrick J. Reilly (Nev. SBN 006103)
**BROWNSTEIN HYATT FARBER SCHRECK LLP**
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Tel: (702) 382-2101; Fax: (702) 382-8135
preilly@bhfs.com

Christopher L. Ottele (*Pro Hac Vice*)
Randall A. Rea (*Pro Hac Vice*)
**BROWNSTEIN HYATT FARBER SCHRECK LLP**
675 15th Street, Suite 2900
Denver, Colorado 80202
Tel: (302) 223-1100
cottele@bhfs.com
rrea@bhfs.com

*Counsel for Marigold Mining Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL FEWKES, Individually and for Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MARIGOLD MINING COMPANY, <br><br> Defendant. | Case No. 2:25-cv-00241-JAD-DJA <br><br> **JOINT MOTION AND STIPULATION TO EXTEND STAY AND [PROPOSED] ORDER** |

Plaintiff Daniel Fewkes and Defendant Marigold Mining Company (together, the "Parties") jointly ask the Court to extend the current stay for 30 additional days. The Parties make this request to allow a short additional period to continue to explore negotiations.

1.    The Court previously entered an order staying the case and all deadlines through June 3, 2026. *See* ECF 42.

2.    The Parties participated in mediation on May 1, 2026.

3.     The Parties are continuing settlement discussions and believe they are close to reaching a resolution.

4.     The Parties therefore request that the stay be extended for 30 additional days, through July 2, 2026. This short extension will conserve the Parties' and the Court's resources while the settlement discussions continue.

5.     This request is made in good faith and not for delay.

6.     The Parties will not seek an additional stay.

JOINT MOTION AND STIPULATION TO EXTEND STAY
*Fewkes v. Marigold Mining Company*

The Parties respectfully request that the Court enter an order granting this motion and staying this matter as stipulated herein.

Dated this 3rd day of June 2026.

/s/ Andrew W. Dunlap
Esther C. Rodriguez (Nev. SBN 006473)
**RODRIGUEZ LAW OFFICES P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
info@rodriguezlaw.com

Michael A. Josephson (*Pro Hac Vice*)
Andrew W. Dunlap (*Pro Hac Vice*)
**JOSEPHSON DUNLAP LLP**
5847 San Felipe St, Suite 2400
Houston, Texas 77057
Tel: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com

Richard J. (Rex) Burch (*Pro Hac Vice*)
**BRUCKNER BURCH PLLC**
5847 San Felipe St, Suite 2400
Houston, Texas 77057
Tel: (713) 877-8788
rburch@brucknerburch.com

Counsel for Fewkes & the Hourly Employees

/s/ Christopher L. Ottele
Patrick J. Reilly (Nev. SBN 006103)
**BROWNSTEIN HYATT FARBER SCHRECK LLP**
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Tel: (702) 382-2101; Fax: (702) 382-8135
preilly@bhfs.com

Christopher L. Ottele (*Pro Hac Vice*)
Randall A. Rea (*Pro Hac Vice*)
**BROWNSTEIN HYATT FARBER SCHRECK LLP**
675 15th Street, Suite 2900
Denver, Colorado 80202
Tel: (302) 223-1100
cottele@bhfs.com
rrea@bhfs.com

*Counsel for Marigold Mining Company*

**IT IS SO ORDERED: This case and all deadlines are STAYED through July 2, 2026.**

_____
U.S. District Judge Jennifer A. Dorsey

DATED: ___6/9/2026_____

– 3 –
JOINT MOTION AND STIPULATION TO EXTEND STAY
*Fewkes v. Marigold Mining Company*