Esther C. Rodriguez (Nev. SBN 006473)
**RODRIGUEZ LAW OFFICES P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
info@rodriguezlaw.com

Michael A. Josephson (*Pro Hac Vice*)
Andrew W. Dunlap (*Pro Hac Vice*)
**JOSEPHSON DUNLAP LLP**
5847 San Felipe St, Suite 2400
Houston, Texas 77057
Tel: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com

Richard J. (Rex) Burch (*Pro Hac Vice*)
**BRUCKNER BURCH PLLC**
5847 San Felipe St, Suite 2400
Houston, Texas 77046
Tel: (713) 877-8788
rburch@brucknerburch.com

*Counsel for Fewkes & the Hourly Employees*

Patrick J. Reilly (Nev. SBN 006103)
**BROWNSTEIN HYATT FARBER SCHRECK LLP**
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Tel: (702) 382-2101; Fax: (702) 382-8135
preilly@bhfs.com

Christopher L. Ottele (*Pro Hac Vice*)
Randall A. Rea (*Pro Hac Vice*)
**BROWNSTEIN HYATT FARBER SCHRECK LLP**
675 15th Street, Suite 2900
Denver, Colorado 80202
Tel: (302) 223-1100
cottele@bhfs.com
rrea@bhfs.com

*Counsel for Marigold Mining Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DANIEL FEWKES, Individually and for Others Similarly Situated,

Plaintiff,

v.

MARIGOLD MINING COMPANY,

Defendant.

Case No. 2:25-cv-00241-JAD-DJA

**RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE & ORDER**

ECF No. 46

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Daniel Fewkes and Defendant Marigold Mining Company (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to dismiss this matter with prejudice and with each party to bear its own costs.



Click or tap here to enter text.

Pursuant to Federal Rule of Civil Procedure 41, this dismissal is effective upon filing.

Dated this 24th day of September, 2026

*/s/ Andrew W. Dunlap*
Esther C. Rodriguez (Nev. SBN 006473)
**RODRIGUEZ LAW OFFICES P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
info@rodriguezlaw.com

Michael A. Josephson (*Pro Hac Vice*)
Andrew W. Dunlap (*Pro Hac Vice*)
**JOSEPHSON DUNLAP LLP**
5847 San Felipe St, Suite 2400
Houston, Texas 77057
Tel: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com

Richard J. (Rex) Burch (*Pro Hac Vice*)
**BRUCKNER BURCH PLLC**
5847 San Felipe St, Suite 2400
Houston, Texas 77057
Tel: (713) 877-8788
rburch@brucknerburch.com
*Counsel for Fewkes & the Hourly Employees*

*/s/ Patrick J. Reilly*
Patrick J. Reilly (Nev. SBN 006103)
**BROWNSTEIN HYATT FARBER SCHRECK LLP**
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Tel: (702) 382-2101; Fax: (702) 382-8135
preilly@bhfs.com

Christopher L. Ottele (*Pro Hac Vice*)
Randall A. Rea (*Pro Hac Vice*)
**BROWNSTEIN HYATT FARBER SCHRECK LLP**
675 15th Street, Suite 2900
Denver, Colorado 80202
Tel: (302) 223-1100
cottele@bhfs.com
rrea@bhfs.com

*Counsel for Marigold Mining Company*

## ORDER

Based on the parties' stipulation **[ECF No. 46]** and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
Dated: September 25, 2026



Click or tap here to enter text.